# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENCHEN WU, ET AL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' CALIFORNIA SERVICE CENTER ,<br><br>    Defendant | Case No.: 8:22-cv-00209-CJC-ADS<br><br>ORDER OF DISMISSAL |

**ORDER OF DISMISSAL**  Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 15, 2022

_____
CORMAC J. CARNEY, JR.
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1